UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DAVID A. LAUBER, | ) | No.  CV-08-064-CI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) | TO SENTENCE FOUR OF 42 |
| Commissioner of Social | ) | U.S.C. 405(g) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 6.) After considering the stipulation of the parties,

   **IT IS ORDERED:**

   1.   The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will conduct a de novo hearing, re-assess the severity of all of the claimant's mental and physical impairments, and proceed as appropriate through the

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

remainder of the sequential evaluation process.  The ALJ will also consider all of the evidence of record, and if discounting any evidence, give specific, legally sufficient reasons for doing so. Finally, the ALJ will obtain additional vocational expert testimony if necessary.

2.   Judgment shall be entered for the **PLAINTIFF**.

3.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED September 18, 2008.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND – 2